UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

PATRICIA MIZRAHI,

    Plaintiff,

v.

COSMETIC SOLUTIONS, LLC,
a Florida limited liability company,

    Defendant.

_____/

## **COMPLAINT**

Plaintiff PATRICIA MIZRAHI, by her undersigned attorney, makes the following complaint against Defendant COSMETIC SOLUTIONS, LLC:

### **Jurisdiction and Venue**

1. This action is brought to redress a violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 *et seq*. This court has jurisdiction pursuant to 29 U.S.C. § 626 and 28 U.S.C. § 1331.

2. The claims asserted in this action arose within this district and the alleged statutory violation occurred in this district. Venue of this action is proper pursuant to 28 U.S.C. § 1391.

### **Parties**

3. Plaintiff, Patricia Mizrahi ("Mizrahi"), is and at all times relevant to this complaint was an adult citizen of the State of Florida and a resident of Broward County.

4. Mizrahi is a person as that term is defined in 29 U.S.C. §630(a).

5. Mizrahi was born on July 30, 1943 and at all times relevant to this complaint was over the age of 40.

6. Defendant, Cosmetic Solutions, LLC ("Cosmetic Solutions"), is and at all times relevant to this complaint was a limited liability company organized and doing business pursuant to the laws of the State of Florida with a principal place of business in Palm Beach County, Florida.

7. Cosmetic Solutions had twenty or more employees for each working day in each of twenty or more calendar weeks in the calendar year 2017 or 2018.

8. At all times relevant to this complaint, Cosmetic Solutions was engaged in an industry affecting commerce and was an employer as that term is defined in 28 U.S.C. § 630(b).

## Procedural Requirements

9. Mizrahi filed a timely charge of age discrimination with the Equal Employment Opportunities Commission on or about May 15, 2019. The charge of age discrimination was cross-filed with the Florida Commission on Human Rights. A copy of the charge of discrimination accompanies and is incorporated into this Complaint.

10. More than 60 days have passed since Mizrahi filed her charge of age discrimination with the EEOC. Commencement of this action is therefore authorized by 29 U.S.C. § 626(d).

## Factual Background

11. Cosmetic Solutions employed Mizrahi from approximately 1993 until her discharge on or about August 24, 2018.

12. After her initial part-time employment as a Clinical Esthetician and Sales Account Representative, Cosmetic Solutions gave Mizrahi a full-time position in 2007.

13. In recognition of her excellent job performance, Cosmetic Solutions promoted Mizrahi to the position of Senior Sales Account Representative.

14. Mizrahi continued to excel in her position of Senior Sales Account Representative, achieving a steady growth in sales and earning a full performance bonus each year.

15. Mizrahi's compensation, which was based on commissions and performance bonuses and thus reflected her work performance, increased substantially each year between 2015 and 2017. Based on her increasing sales, Mizrahi was on track for another substantial increase in her compensation in 2018.

16. At a company holiday party in December 2017, the Chief Executive Officer ("CEO") of Cosmetic Solutions, Mervyn Becker, asked Mizrahi when she planned to retire. Mizrahi responded that she intended to keep working as long as she maintained her health and could perform her job effectively.

17. Notwithstanding Mizrahi's statement that she did not intend to retire, Becker began discussing retirement plans with Mizrahi. Mizrahi repeated that she did not intend to retire.

18. Becker continued to press Mizrahi for an answer as to her expected retirement date. Responding to a question about where she saw herself in ten years, Mizrahi told Becker that she might retire by then.

19. Becker then told Mizrahi that he would not be with the company forever, that he would phase out, and that changes were forthcoming that he did not necessarily like. Becker then told Mizrahi that his son, who was also the Chief Operating Officer, wanted to take the company "in a younger, newer direction with a fresh outlook."

20. Becker's reference to taking the company "in a younger, newer direction with a fresh outlook," as well as his encouragement of Mizrahi to retire, was an

admission that the company did not want Mizrahi's employment to continue because of her age.

21.     Cosmetic Solutions terminated Mizrahi's employment on or about August 24, 2018.

## Claim for ADEA Violation

22.     Mizrahi realleges all previous paragraphs of this complaint as if they were fully stated.

23.     Cosmetic Solutions terminated Mizrahi's employment because of her age, in violation of the ADEA, 29 U.S.C. § 623(1).

24.     Cosmetic Solutions' violation of the ADEA was willful.

25.     Mizrahi has suffered and will continue to suffer damages as a result of Cosmetic Solutions' violation of the ADEA, including but not limited to the loss of wages and benefits.

WHEREFORE, Plaintiff Mizrahi requests judgment against Defendant Cosmetic Solutions as follows:

a.     For an award of legal damages pursuant to 29 U.S.C. § 626(c) for amounts owing as a result of Cosmetic Solutions' violation of the ADEA, including but not limited to Mizrahi's lost wages and benefits and interest;

b.     For an award of liquidated damages in an amount equal to the amount awarded for legal damages pursuant to 29 U.S.C. § 626(b);

c.     For equitable relief pursuant to 29 U.S.C. § 626(c), including but not limited to reinstatement to Mizrahi's former position or future pay in lieu of reinstatement and an injunction against further violations of the ADEA;

d.     For an award of actual attorneys' fees and costs pursuant to 29 U.S.C. §§ 626(b) and 216(b); and

e. For such further relief as may be just.

**JURY DEMAND**

Plaintiff demands trial by jury.

Dated: September 18, 2019
Plantation, Florida                              Respectfully submitted,

*/s/Robert S. Norell*
Robert S. Norell, Esq. (Fla. Bar No. 996777)
E-Mail: rob@floridawagelaw.com
**ROBERT S. NORELL, P.A.**
300 N.W. 70th Avenue
Suite 305
Plantation, Florida 33317
Telephone: (954) 617-6017
Facsimile: (954) 617-6018
*Counsel for Patricia Mizrahi*